AKRON BAR ASSOCIATION *v.* HENRY.

[Cite as Akron Bar. Assn. *v.* Henry (1985), 18 Ohio St. 3d 252.]

(D.D. No. 85-6—Decided July 17, 1985.)

*Terry D. Zimmerman, Joseph S. Kodish* and *Paul K. Cristoff,* for relator.

*Donald S. Varian, Jr.,* for respondent.

*Per Curiam.* After a careful examination of the record in this cause, we concur with the findings of the board that respondent violated DR 9-102(A)(2) and (B)(4), as well as DR 1-102(A)(4).

In that this appears to be an isolated occurrence on the part of respondent, it is the judgment of this court that respondent be suspended from the practice of law in the state of Ohio for one year.

*Judgment accordingly.*

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.